IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action Nos.   07-cv-02028-WDM-KMT and 07-cv-02029-WDM-KMT

MELVIN LYNNE BOMPREZZI,

    Applicant,

v.

COLORADO DEPARTMENT OF CORRECTIONS, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER TO PARTIALLY STRIKE PLEADINGS

Miller, J.

    This case is before me on the recommendation of Magistrate Judge Kathleen M. Tafoya (Docket No. 44 in Civil Action No. 07-cv-02028-WDM-KMT and Docket No. 47 in 07-cv-02029-WDM-KMT), and Petitioner's objection thereto.  The last two paragraphs of Petitioner's objection (Docket No. 46 in Civil Action No. 07-cv-02028-WDM-KMT and Docket No. 49 in 07-cv-02029-WDM-KMT) are hereby stricken pursuant to Fed. R. Civ. P. 12(f)(1) as an impertinent, scandalous, and unacceptable pleading in this Court.

    DATED at Denver, Colorado, on March 4, 2010.

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge

PDF FINAL