**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Senior Judge Walker D. Miller

Civil Action No. 07-cv-02028-WDM-KMT

MELVIN LYNNE BOMPREZZI,

     Applicant,

v.

COLORADO DEPARTMENT OF CORRECTIONS, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

     Respondents.

---

**ORDER**

---

     This matter is before me on the postjudgment motions that Applicant Melvin

Lynne Bomprezzi has filed with the Court.  The motions are as follows: (1) Motion for

Extension of Time to File Written Objections to Miller's Amended Order (Doc. No. 62);

(2) Motion to Raise More Issues (Doc. No. 63); (3) Motion to Appeal Denial of Certificate

of Appealability; Claim of Ineffective Assistance of Counsel & Retrospective

Incompetence to Proceed & Request for an Attorney (Doc. No. 65); (4) Motion to

Withdraw Motions to Appeal (Doc. No. 66); and (5) Motion to Reinstate (Doc. No. 67).

In Document No. 62, Mr. Bomprezzi challenges my denial of a certificate of appealability

in the Amended Order entered on March 18, 2010.  In Document No. 63, Mr. Bomprezzi

seeks to raise additional habeas claims, and in Document No. 65, he again challenges

the denial of a certificate of appealability and seeks a psychiatric evaluation and

appointment of counsel on appeal.  In Document No. 66, Mr. Bomprezzi

seeks to withdraw the previous motions, and finally in Document No. 67, he seeks to reinstate the motions.

With respect to Mr. Bomprezzi's challenge to my denial of a certificate of appealability, on March 12, 2010, the United States Court of Appeals for the Tenth Circuit allowed Mr. Bomprezzi forty days in which to file a motion for certificate of appealability in the Tenth Circuit. Therefore, any challenge of my denial of the certificate of appealability is denied with leave to file a motion for certificate of appealability in the Tenth Circuit.

As for Mr. Bomprezzi's request for appointment of counsel, I instructed him in the order entered on May 10, 2010, that his request for the appointment of counsel is denied with leave to refile in the United States Court of Appeals for the Tenth Circuit.

To the extent Mr. Bomprezzi seeks to assert additional habeas claims and requests an order directing prison staff to provide him paper, envelopes, and postage, he has filed a notice of appeal, and this Court lacks jurisdiction to address these claims.

Furthermore, I will direct the Clerk of the Court to send a copy of the Docket in this case to Mr. Bomprezzi. As for his requests for additional copies of the state court briefs and orders, Mr. Bomprezzi will have to contact Mr. Matthew Holman at the Colorado Attorney General's Office. Accordingly, it is

ORDERED that all pending motions, including Document Nos. 62, 63, 65, 66, and 67 are DENIED for the reasons set forth above. It is

FURTHER ORDERED that the Clerk of the Court is directed to send to Mr. Bomprezzi a copy of the Court's Docket in this case. It is

FURTHER ORDERED that Mr. Bomprezzi is to refrain from filing any further inappropriate pleadings in this action in this Court.

DATED at Denver, Colorado, this <u>13th</u> day of <u>May</u>, 2010.

BY THE COURT:

_____
WALKER D. MILLER, Senior Judge
United States District Court