IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action Nos: 07-cv-02028-WDM-KMT and 07-cv-02029-WDM-KMT

MELVIN LYNNE BOMPREZZI,

    Applicant,

v.

COLORADO DEPARTMENT OF CORRECTIONS, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondent.

## ORDER RETURNING STATE COURT RECORD

    Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

    **ORDERED** that the Clerk shall return the State Court Record.

    DATED this 2nd day of February, 2015.

                                    **BY THE COURT:**

                                    Marcia S. Krieger
                                    Chief United States District Judge